```
SEAN P. MORIARTY, ESQ. (BAR NO. 196227)
ARLEN LITMAN-CLEPER, ESQ. (BAR NO. 289699)
CESARI, WERNER AND MORIARTY
75 Southgate Avenue
Daly City, CA 94015
Telephone: (650) 991-5126
Facsimile:  (650) 991-5134
smoriarty@cwmlaw.com
alitman@cwmlaw.com
6915-3-13-19
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION
```

UNITED STATES DISCTRICT COURT

CALIFORNIA NORTHERN DISTRICT

| | |
|---|---|
| BECKY THI HO ABLAO,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; JOHN DOE; and DOES 1 to 20, inclusive,<br><br>Defendants. | Federal Court Case No. 5:24-cv-07151-PCP<br>(Former SCSC Case No. 24CV446984)<br><br>**STIPULATION AND ORDER TO REMAND ACTION** |

IT IS HEREBY STIPULATED by and between plaintiff BECKY THI HO ABLAO ("Plaintiff") and defendant COSTCO WHOLESALE CORPORATION by and through their counsel as follows:

1. Plaintiff a resident of California, brought the instant action against COSTCO WHOLESALE CORPORATION ("Defendant"), a resident of Washington, in the Superior Court of California, County of Santa Clara.

2. Plaintiff claims personal injuries arising out of negligence and premises liability causes of action which allegedly occurred on the premises of Defendant's retail warehouse located in San Jose, California.

3. Plaintiff acknowledges that she initially claimed damages in excess of $75,000.00.

-1-

-2-

4. Plaintiff hereby agrees and stipulates that her damages, resulting from the alleged incident that occurred on defendant's premises located 6898 Raleigh Rd, San Jose, CA 95123 on or about September 23, 2022, that are the subject of the complaint filed on September 11, 2024 in Santa Clara County Superior Court Case No. 24CV446984 are **hereby capped at $74,500.00**.

5. Plaintiff hereby agrees and stipulates that if her damages should exceed $74,500.00, she hereby waives the right to claim such damages as a result of the litigation.

6. Plaintiff hereby agrees and stipulates that if her recovery of damages in the litigation should exceed $74,500.00, either by verdict or other means, she hereby waives the right to recover any such damages in excess of $74,500.00.

7. Plaintiff hereby agrees and stipulates that should any award or judgment be rendered or entered against defendant with damages in excess of $74,500.00, she will execute any necessary documents to reduce such award or judgment to $74,500.00 in damages and will not execute on any award or judgment in excess of $74,500.00 in damages.

8. The parties hereby agree that because the amount in controversy in this matter does not exceed $75,000.00, federal subject matter jurisdiction is lacking.

9. THEREFORE, The parties agree that in light of their agreement to cap Plaintiffs' damages at $74,500.00, the matter shall be remanded to the Superior Court of California, County of Santa Clara.

10. The parties stipulate and agree that an Order be issued in accordance with this stipulation.

Dated November 13, 2024                                    BAUMAN LAW APLC


                                                           By: /s/ Geoff Gasway
                                                           _____
                                                           Geoffrey D. Gasway, Esq.
                                                           Attorneys for Plaintiffs

-2-

Dated November _15, 2024					CESARI, WERNER & MORIARTY


							By: ___/s/ Arlen Litman-Cleper_____
							       SEAN P. MORIARTY
							       ARLEN LITMAN-CLEPER
							       Attorneys for Defendant
							       COSTCO WHOLESALE CORPORATION

IT IS SO ORDERED.


Dated November 25, 2024				       _____

							       Judge of the U.S. District Court